THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY HYCHE,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTION,<br>LLC; TRANS UNION, LLC; AND<br>NATIONSTAR MORTGAGE, LLC,<br><br>    Defendants. | Case No. 3:19-CV-02450<br><br>Hon. Sam R. Cummings |

**[PROPOSED] ORDER GRANTING DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, TO STAY THE PROCEEDINGS**

Pending before the Court is the motion of Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union LLC for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) or, in the alternative, to stay the proceedings. The Court, having now considered the pleadings, the submissions, and arguments of the parties, hereby determines that the **Motion for Judgment on the Pleadings** should be GRANTED.

Accordingly, it is hereby ORDERED that judgment be entered on the pleadings against Plaintiff and in favor of Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union LLC. The Clerk is hereby directed to enter judgment that Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

[ALTERNATIVE RULING]:  The Court, having now considered the pleadings, submissions, and arguments of the parties, hereby determines that the **Motion to Stay the Proceedings** should be GRANTED.

Accordingly, it is hereby ORDERED that all proceedings in this matter are stayed until a resolution has been reached in the 5th Circuit case of *Hammer v. Equifax Info. Servs. LLC, et al.*, No. 3:18-CV-1502-C, 2019 WL 7602463 (N.D. Tex. Jan. 16, 2019), *appeal docketed*, 19-10199 (5th Cir. filed Feb. 18, 2019).

SIGNED this _____ day of _____, 2020.

_____
The Honorable Sam R. Cummings,
United States District Judge