UNITED STATES DISTRICT COURT
DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY HYCHE,<br><br>         Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTION, INC, TRANS UNION, LLC, and NATIONSTAR MORTGAGE, LLC,<br><br>         Defendants. | Case No. 3:19-cv-02450<br><br><br><br>Hon. Sam. R. Cummings |

**PLAINTIFF LARRY HYCHE'S RESPONSE TO
DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC.'s
<u>JOINT MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THE
PROCEEDINGS</u>**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Larry Hyche ("Hyche" or "Plaintiff"), by and through counsel, files this Response to Defendants Experian Information Solutions, Inc., Equifax Information Solutions, LLC, and Trans Union, LLC.'s Motion for Judgment on the Pleadings or, in the alternative, Stay the Proceedings, and respectfully requests this Court properly deny this motion.

**I.**

Plaintiff Hyche incorporates by reference his *Brief in Opposition to Defendants Experian Information Solutions, Inc., Equifax Information Solutions, LLC., and Trans Union, LLC.'s Motion for Judgment on the Pleadings or, in the alternative, Stay the Proceedings* filed contemporaneously herewith pursuant to Federal Rules of Civil Procedure and Local Rule 7.1.

## II.

Because Plaintiff properly pled his claims against Defendants, and further for the reasons discussed in his *Brief in Opposition to Defendant's Motion*, Plaintiff Larry Hyche respectfully requests that the Court deny Defendants' Joint Motion for Judgment on the Pleadings and grant such other and further relief, in law or equity, to which Plaintiff Hyche might show he is justly entitled.

RESPECTFULLY SUBMITTED,

**FIELDS LAW FIRM**

DATE: June 8, 2020       By: */s/ Matthew P. Forsberg*
Matthew P. Forsberg
TX State Bar Number 24082581
Lead Counsel for Plaintiff
9999 Wayzata Blvd.
Minnetonka, Minnesota 55305
(612) 383-1868 (telephone)
(612) 370-4256 (fax)
Matt@FieldsLaw.com

**SHAWN JAFFER LAW FIRM, PLLC**

DATE: June 8, 2020       By: /s/ *Shawn Jaffer*
Shawn Jaffer, Esq.
TX State Bar Number 24107817
Local Counsel for Plaintiff
5301 Alpha Rd, Suite 80-1
Dallas, Texas 75240
(214)494-1668 (telephone)
(469) 669-0786 (fax)
Email: shawn@jaffer.law

*Attorneys for Plaintiff Kristian Oyen*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8TH day of June, 2020, I caused the foregoing to be electronically filed with the clerk of court for the U.S District Court for the Northern District of Texas, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.


*/s/ Matthew P. Forsberg*
Matthew P. Forsberg