IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY HYCHE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, EXPERIAN ) | |
| INFORMATION SOLUTION, LLC, ) | |
| TRANS UNION, LLC, and ) | |
| NATIONSTAR MORTGAGE, LLC., ) | |
| ) | |
| Defendants. ) | Civil Action No. 3:19-CV-2450-C |

**ORDER**[1]

The Court hereby **ORDERS** that Defendants' Joint Motion for Judgment on the Pleadings be **GRANTED** for the reasons argued therein and for the reasons advanced in Defendants' Reply Brief. Accordingly, all claims asserted against said Defendants are hereby **DISMISSED**. *See Hammer v. Equifax Info. Servs. LLC, et al*, ___ F.3d ___, No. 19-10199 (5th Cir. September 9, 2020); *see also Knox v. Equifax Info. Servs. LLC*, 2020 WL 4339016 (N.D. Tex. July 28, 2020); *Coyle v. Experian Info. Solutions Inc., et al*, 2020 WL 3052228 (N.D. Tex. June 7, 2020).

SO ORDERED this 14th day of September, 2020.

/s/ Sam R. Cummings
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendants as used herein refers to Experian Information Solutions, Inc., Equifax Information Services LLC, and Trans Union LLC.